IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

RECEIVED NOV -4 2008 CLERK U.S. D... WEST... BY

FILED NOV 0 5 2008 CLERK, U.S. DISTRICT COURT WESTERN ... OF TEXAS BY ____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-1972MC |
| AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, | ) |
| Defendant. | ) |

### DECLARATION OF FORFEITURE OF BAIL

WHEREAS, the Defendant, AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, failed to comply with the conditions of Defendant's bond in that the Defendant failed to appear for arraignment on August 3, 1998.

It is, therefore, ORDERED, ADJUDGED and DECREED that the default of the said AMALIO LOPEZ-JAQUEZ, Principal, who is the Defendant herein, be, and the same is hereby, entered of record in this cause, and the bond of the said AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, Principal, is hereby forfeited. A warrant of arrest was issued for the arrest of the Defendant, AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, on August 3, 1998, and the Defendant remains a fugitive.

SIGNED AND ENTERED this the 5th day of November, 2008.

MICHAEL S. MCDONALD
UNITED STATES DISTRICT JUDGE