IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 98-1972MC |
| AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ON FORFEITURE OF BAIL

On this date, came on to be considered the Motion of the United States of America for entry of Judgment against AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, Defendant-Principal, in the sum of $5,000, and,

It appearing to the Court that on July 7, 1998, a bond was executed by AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, as Principal, in the sum of $5,000, conditioned upon the appearance of AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, in this Court and compliance with other conditions of release; that thereafter, the Defendant-Principal was in default in that AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, failed to appear for arraignment on August 3, 1998, after having been duly notified, and said bond was revoked by the Court because of Defendant's failure to comply with the conditions of the bond.

It further appearing that thereafter, the United States Attorney filed a Motion herein for a Judgment by reason of said default, and that AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, Defendant-Principal, was served with a copy thereof by serving the Clerk of the Court as Defendant's agent; and that the Clerk mailed copies to Defendant-Principal at Defendant's last known address; that more than twenty (20) days have elapsed since the service of said Motion, as aforesaid, and that no answer has been filed.

It is, therefore, ORDERED, ADJUDGED and DECREED that the United States of America do have and recover of and from AMALIO LOPEZ-JAQUEZ, aka Adalberto Gomez-Jacome, Defendant-Principal, in the sum of $5,000, plus interest from the date of Judgment at the current rate of .43 percent per annum, until paid, and costs of Court.

It is further ORDERED that the 10% now on deposit in the registry of the Court, be credited to the Judgment entered herein and that execution issue for the balance.

SIGNED AND ENTERED this the 26th day of January, 2008.

_____
MICHAEL S. MCDONALD
UNITED STATES DISTRICT JUDGE